The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

JULY DODSON, TENADORE FOWLER, and RYAN TAMM, on their own behalf and on behalf of others similarly situated,

                         Plaintiffs,

        v.

DESTINATION XL GROUP, INC., d/b/a DXL BIG + TALL,

                         Defendant.

CASE NO. 2:26-cv-00866-JNW

**DEFENDANT DESTINATION XL GROUP'S NOTICE OF CONSTITUTIONAL QUESTION**

Action Filed:   February 12, 2026
Date Removed:  March 13, 2026
Motion to Dismiss Filed: April 10, 2026

DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTION
CASE NO. 2:26-CV-00866-JNW

- 1 -

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant Destination XL Group, Inc., d/b/a DXL Big + Tall states that on April 10, 2026, it filed a Motion to Dismiss (Dkt. No. 13) asserting, in relevant part, that Washington's Commercial Electronic Mail Act, RCW 19.190.060 ("CEMA") is unconstitutional because (1) the statutory damages imposed are unconstitutionally punitive in violation of the Due Process Clause of the U.S. Constitution; (2) it violates the "Dormant" Commerce Clause of the U.S. Constitution; and (3) it violates the First Amendment of the U.S. Constitution.

DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTION
CASE NO. 2:26-CV-00866-JNW

- 2 -

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

Dated: April 10, 2026

Respectfully submitted,

By: /s/ Rossi F. Maddalena

   Rossi F. Maddalena, WSBA #39351

**MERRICK, HOFSTEDT & LINDSEY, P.S.**

3101 Western Avenue, Suite 200

Seattle, WA 98121

Tel. (206) 682-0610

Email: rmaddalena@mhlseattle.com

   John W. McGuinness (*pro hac vice* forthcoming)

A. Paul Heeringa (*pro hac vice* forthcoming)

**MANATT, PHELPS & PHILLIPS, LLP**

2049 Century Park East, Suite 1700

Los Angeles, CA 90067

JMcGuinness@manatt.com

PHeeringa@manatt.com

*Attorneys for Defendant*

DEFENDANT'S NOTICE OF CONSTITUTIONAL
QUESTION
CASE NO. 2:26-CV-00866-JNW

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true and correct copy of the foregoing document on the following parties by the method indicated below:

| **ATTORNEY FOR PLAINTIFF:** | |
| --- | --- |
| Samuel J. Strauss, WSBA No. #46971<br>Raina C. Borrelli*<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Telephone: (872) 263-1100<br>Facsimile: (872) 263-1109<br>Email: sam@straussborrelli.com, raina@straussborrelli.com<br><br>Lynn A. Toops*<br>Natalie A. Lyons*<br>Ian R. Bensberg*<br>**COHENMALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Tel.: (317) 636-6481<br>Email: ltoops@cohenmalad.com, nlyons@cohenmalad.com,<br>      ibensberg@cohenmalad.com<br><br>Gerard J. Stranch, IV*<br>Michael C. Tackeff*<br>Andrew K. Murray*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel.: (615) 254-8801<br>Email: gstranch@stranchlaw.com, mtackeff@stranchlaw.com,<br>      amurray@stranchlaw.com<br>*Attorneys for Plaintiffs*<br>*PHV applications forthcoming | ☐ Legal Messenger<br>☐ Publication<br>☐ U.S. Mail<br>☒ E-Service<br>☒ E-mail |

DATED this 10th day of April, 2026, at Seattle, Washington

*/s/ Gloria Angelin*
Gloria Angelin, Legal Assistant
legalassistantii@mhlseattle.com

DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTION
CASE NO. 2:26-CV-00866-JNW

- 4 -