The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULY DODSON, TENADORE FOWLER, and RYAN TAMM, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

DESTINATION XL GROUP, INC. d/b/a DXL BIG + TALL,

Defendant.

NO. 2:26-cv-00866-JNW

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)

Note for Motion Calendar:
May 6, 2026

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020. Defendant Destination XL Group, Inc.'s Motion to Dismiss (Dkt. 13) argues that CEMA violates the Due Process Clause, the dormant Commerce Clause, and the First Amendment of the United States Constitution. On April 10, 2026, Defendant Destination

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 1
(2:26-cv-00866-JNW)

XL Group, Inc. filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 14.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **June 9, 2026**.

//
//
//
//
//
//
//
//
//

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 2
(2:26-cv-00866-JNW)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 6, 2026

NICHOLAS W. BROWN
Attorney General

s/ Ben Brysacz
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

s/ Robert Hyde
ROBERT HYDE, WSBA #33593
Assistant Attorney General

s/ Claire McNamara
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov

Dated: May 6, 2026

STRAUSS BORRELLI PLLC

s/ Samuel J. Strauss (with permission)
SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, pro hac vice
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP

LYNN A. TOOPS, pro hac vice forthcoming
NATALIE A. LYONS, pro hac vice forthcoming
IAN R. BENSBERG, pro hac vice forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 3
(2:26-cv-00866-JNW)

STRANCH, JENNINGS & GARVEY PLLC

GERARD J. STRANCH, IV, *pro hac vice*
MICHAEL C. TACKEFF, *pro hac vice*
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiffs*

Dated: May 6, 2026          MERRICK, HOFSTEDT & LINDSEY, P.S.

*s/ Rossi F. Maddalena (with permission)*
ROSSI F. MADDALENA, WSBA #39351
3101 Western Avenue, Suite 200
Seattle, WA  98121
Tel. (206) 682-0610
Email: rmaddalena@mhlseattle.com

MANATT, PHELPS & PHILLIPS, LLP

JOHN W. MCGUINNESS, *pro hac vice* forthcoming
A. PAUL HEERINGA, *pro hac vice* forthcoming
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
JMcGuinness@manatt.com
PHeeringa@manatt.com

*Attorneys for Defendant Destination XL Group, Inc.*

*I certify that this memorandum contains 221 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 4
(2:26-cv-00866-JNW)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated May 6, 2026

_Jamal W_

Jamal N. Whitehead
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 5
(2:26-cv-00866-JNW)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744