The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JULY DODSON, TENADORE FOWLER,
and RYAN TAMM, on their own behalf and
on behalf of others similarly situated,

                    Plaintiffs,

       v.

DESTINATION XL GROUP, INC.,
d/b/a DXL BIG + TALL,

                    Defendant.

CASE NO. 2:26-cv-00866-JNW

[~~PROPOSED~~] ORDER GRANTING
JOINT STIPULATED MOTION FOR
EXTENSION OF TIME FOR
DEFENDANT TO FILE REPLY IN
SUPPORT OF ITS MOTION TO DISMISS

This Court, having reviewed and considered the parties' "Joint Stipulated Motion for Extension of Time for Defendant to File a Reply In Support of Its Motion To Dismiss" filed on May 5, 2026 in the above-caption matter, the parties being in agreement and for good cause appearing, IT IS HEREBY ORDERED that Defendant's deadline to file a reply brief in support of its motion to dismiss (Dkt. 13) is EXTENDED to and including May 15, 2026.

     **IT IS SO ORDERED.**

                    Dated: May 8, 2026

                    Jamal N. Whitehead
                    United States District Judge

-1-