The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULY DODSON, TENADORE FOWLER, and RYAN TAMM, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

and

STATE OF WASHINGTON,

Plaintiff-Intervenor,

v.

DESTINATION XL GROUP, INC., d/b/a DXL BIG + TALL,

Defendant.

NO. 2:26-cv-00866-JNW

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER FOR DEFENDANT TO FILE A REPLY BRIEF TO THE STATE'S OPPOSITION

Note for Motion Calendar:
June 11, 2026

The Court previously granted Plaintiff-Intervenor the State of Washington's stipulated motion to intervene to defend the constitutionality of the Washington Commercial Electronic Mail Act. Dkt. 19. The State filed its substantive brief in opposition to Defendant's Motion to Dismiss on June 8, 2026. Dkt. 32.

To avoid unnecessary filings and burden on the Court, the parties agree and stipulate that Defendant may file a reply to the State's brief in opposition to the Motion to Dismiss. The reply

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER FOR DEFENDANT TO FILE A REPLY BRIEF TO THE STATE'S OPPOSITION - 1
(2:26-cv-00866-JNW)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

will be due **June 22, 2026** and shall be no more than 4,200 words. The parties likewise stipulate to re-note the Motion to Dismiss for **June 22, 2026**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 11, 2026                    NICHOLAS W. BROWN
                                        Attorney General


                                        *s/ Ben Brysacz*
                                        BEN BRYSACZ, WSBA #54683
                                        Assistant Attorney General

                                        *s/ Claire McNamara*
                                        CLAIRE MCNAMARA, WSBA #50097
                                        Assistant Attorney General

                                        Attorneys for Movant State of Washington
                                        800 Fifth Avenue, Suite 2000
                                        Seattle, WA  98104
                                        206-474-7744
                                        ben.brysacz@atg.wa.gov
                                        claire.mcnamara@atg.wa.gov

                                        *I certify that this memorandum contains 114 words, in compliance with the Local Civil Rules.*

Dated: June 11, 2026                    STRAUSS BORRELLI, PLLC

                                        *s/ Michael C. Tackeff (with permission)*
                                        SAMUEL J. STRAUSS, WSBA #46971
                                        RAINA C. BORRELLI, *pro hac vice*
                                        980 North Michigan Avenue, Suite 1610
                                        Chicago, Illinois 60611
                                        Telephone: (872) 263-1100
                                        Facsimile: (872) 263-1109
                                        sam@straussborrelli.com
                                        raina@straussborrelli.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER FOR
DEFENDANT TO FILE A REPLY BRIEF TO THE
STATE'S OPPOSITION - 2
(2:26-cv-00866-JNW)

COHENMALAD LLP

Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice*
Ian R. Bensberg, *pro hac vice*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY PLLC

J. GERARD STRANCH, IV, *pro hac vice*
MICHAEL C. TACKEFF, *pro hac vice*
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

Attorneys for Plaintiffs and the Proposed Class

Dated: June 11, 2026          MEERICK HOFSTEDT & LINDSEY, P.S.

*s/ Rossi F. Maddalena (with permission)*
ROSSI F. MADDALENA, WSBA #39351
3101 Western Avenue, Suite 200
Seattle, WA 98121
Tel. (206) 682-0610
rmaddalena@mhlseattle.com

MANATT, PHELPS & PHILLIPS, LLP

JOHN W. MCGUINNESS, *pro hac vice* forthcoming
A. PAUL HEERINGA, *pro hac vice*
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
JMcGuinness@manatt.com
PHeeringa@manatt.com

Attorneys for Defendant Destination XL, Inc., d/b/a
DXL BIG + TALL

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER FOR
DEFENDANT TO FILE A REPLY BRIEF TO THE
STATE'S OPPOSITION - 3
(2:26-cv-00866-JNW)

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 22nd day of June, 2026.

Jamal N. Whitehead
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER FOR
DEFENDANT TO FILE A REPLY BRIEF TO THE
STATE'S OPPOSITION - 4
(2:26-cv-00866-JNW)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744